UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAYMOND LEE GEARHART,

       Plaintiff,

v.                         **ORDER**
                           Civil File No. 16-1923 (MJD/LIB)

DR. HEART, et al.,

       Defendants.

Raymond Lee Gearhart, pro se.

The above-entitled matter comes before the Court on Plaintiff Raymond Lee Gearhart's objections to Magistrate Judge Leo I. Brisbois' August 8, 2016 Order granting Gearhart's application to proceed without prepaying fees or costs, denying without prejudice his motion for discovery, and denying without prejudice his motions for appointment of counsel.

This Court will reverse a magistrate judge's order on a nondispositive issue if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a). The Court has reviewed the submissions and the record in

this case and concludes that Magistrate Judge Brisbois' August 8, 2016 Order is neither clearly erroneous nor contrary to law.  Therefore, the Order is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 8, 2016 Order of United States Magistrate Judge Leo I. Brisbois [Docket No. 17] is **AFFIRMED**.

2. Plaintiff Raymond Lee Gearhart's objection [Docket No. 18] is **OVERRULED**.

Dated:  December 13, 2016       s/ Michael J. Davis
                                Michael J. Davis
                                United States District Court