UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Raymond Lee Gearhart,

    Plaintiff,

vs.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Dr. Heart, et al.,

Civ. No. 16-1923 (MJD/LIB)

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendants' Motion to Dismiss or for Summary Judgment [Docket No. 63] is **GRANTED**.

2. Plaintiff's Amended Complaint [Docket No. 10] is **DISMISSED with prejudice**.

3. Let Judgment be entered accordingly.

DATED: August 7, 2018           s/ Michael J. Davis
At Minneapolis, Minnesota        Michael J. Davis
                                               United States District Court Judge